UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY TOWNS, et al,<br><br>             Plaintiffs,<br><br>vs.<br><br>SOUTHEASTERN SHUTTLE SERVICES, INC., et al,<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1337-AT |

## **DEFAULT JUDGMENT**

The defendants SOUTHEASTERN SHUTTLE SERVICES, INC. and ROBERT STEPHENS, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg, United States District Judge, by order of October 3, 2014, having directed that judgment issue in favor of plaintiffs and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that default judgment pursuant to the FLSA be entered as follows:

(1) Default Judgment in favor of Plaintiff Gary Towns and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,334.87, plus attorney's fees as set forth below;

(2) Default Judgment in favor of Plaintiff Gerard Barrow and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $18,625.00, plus attorney's fees as set forth below;

(3) Default Judgment in favor of Plaintiff Alexander Barnes and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,753.14, plus attorney's fees as set forth below;

(4) Default Judgment in favor of Plaintiff Michael Benjamin and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,877.80, plus attorney's fees as set forth below;

(5) Default Judgment in favor of Plaintiff Marty Bradshaw and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,528.00, plus attorney's fees as set forth below;

(6) Default Judgment in favor of Plaintiff Herbert Dones and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $2,371.14, plus attorney's fees as set forth below;

(7) Default Judgment in favor of Plaintiff Frank Barnes and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $1,290.52, plus attorney's fees as set forth below;

(8) Default Judgment in favor of Plaintiff Clarence Hall and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $7,728.50, plus attorney's fees as set forth below;

(9) Default Judgment in favor of Plaintiff Maurice Mitchell and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $3,888.00, plus attorney's fees as set forth below;

(10) Default Judgment in favor of Plaintiff Dedric Pooler and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $8,602.44, plus attorney's fees as set forth below;

(11) Default Judgment in favor of Plaintiff Ruenell Swift and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,383.00, plus attorney's fees as set forth below;

(12) Default Judgment in favor of Plaintiff Mary Turner and against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens in the amount of $6,002.00, plus attorney's fees as set forth below; and

(13) Default Judgment in favor of Plaintiffs against Defendants Southeastern Shuttle Service, Inc. and Robert Stephens for attorney's fees and litigation expenses in the total amount of $23,934.80.

Dated at Atlanta, Georgia this 3rd day of October, 2014.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                           By:    s/ Harry F. Martin
                                   Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 3, 2014
James N. Hatten
Clerk of Court